### 18825. McKENZIE v. THE STATE.

DECIDED MAY 15, 1928.

*L. L. Woodward,* for plaintiff in error.

*T. Hoyt Davis, solicitor-general,* contra.

BLOODWORTH, J.   Of the foregoing headnotes, the 4th and 5th are understandable in themselves.   The others will be understood when read in connection with the following ground of the motion for a new trial:  "Because the court erred in accepting the verdict as rendered by the jury and sentencing movant as for a felony. The jury having returned a verdict as follows:  'We, the jury, find the defendant Ibo McKenzie guilty.   Recommend punishment as a misdemeanor.   This 22nd day of November, 1927.   S. W. Morgan, Foreman.'   The court refused to accept the verdict and ordered the jury back to their room to fix a minimum and maximum sentence.   The jury retired and endorsed below the signature of the foreman the following:  'Sentence not less than 2 years nor more than 4 years.'   The court then announced to the jury and others that he would ignore their recommendation and did sentence movant to the penitentiary for a term of not less than 2 nor more than 4 years.   Movant says that the eleven words added to the indictment by the jury were not signed by anyone as foreman or otherwise, and that the same is not a parcel and part of the verdict of the jury, but is a separate and distinct matter and of no effort [effect?], certainly no legal effect in this case, and was not the verdict of the jury.   Said attempted amendment was harmful to this movant.   To all of which objections were urged at the trial."

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*